IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 MAR 11 PM 2:06
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| ANDREW J. JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHEYENNE, et al., <br><br> Defendant. | Case No. 2:91-CV-0129-SWS <br> USCA Case No: 17-8090 |

## ORDER ON MANDATE

The above-entitled matter having been appealed to the United States Court of Appeals for the Tenth Circuit and the appellate court, on March 6, 2020, having VACATED this Court's order denying Rule 60(b)(6) relief and REMANDED for further proceedings, it is hereby

ORDERED that this matter be restored to the civil docket for further action consistent with the Court of Appeals' mandate.

Dated this 11th day of March, 2020.

_____
Scott W. Skavdahl
United States District Judge