IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANDREW J. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:17-CV-0074-SWS ) |
| CITY OF CHEYENNE, a municipal corporation; DOE 1, the personal representative of the decedent's estate of George W. Stanford, an individual; ALAN W. SPENCER, an individual; and DOES 2 through 20, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO RENEW MOTION TO DISMISS

This matter comes before the Court on *Defendants Alan W. Spencer and Estate of George W. Stanford's Motion to Renew Defendants' Motion to Dismiss Case No: 17-CV-74-S* (ECF No. 124). In light of the procedural history of this case, particularly the opinion of the Tenth Circuit Court of Appeals and this Court's subsequent *Order on Mandate* and *Order on Renewed Motion Under Rule 60(b)(6)*, the Court finds it appropriate for Defendants to renew their motion to dismiss raising any issues not previously decided by the Court and which Defendants wish to present for consideration anew. The earlier-filed motions to dismiss are not considered pending before the Court; so, Defendant City of Cheyenne should likewise file a renewed motion to dismiss if it

wishes the Court to consider its previously-raised arguments left undecided. THEREFORE, it is hereby

ORDERED that Defendants' *Motion to Renew Defendants' Motion to Dismiss Case No: 17-CV-74-S* (ECF No. 124) is GRANTED; it is further

ORDERED that Defendant City of Cheyenne shall file any renewed motion to dismiss no later than **June 3, 2020**; it is further

ORDERED that Plaintiff shall have up to and including **June 17, 2020** to file a response to the renewed motion(s) to dismiss; and any reply brief(s) shall be filed no later than **June 24, 2020**.

DATED this 29th day of May, 2020.

Scott W. Skavdahl
United States District Judge